IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANK LEBITO LIZAMA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA; D. RAY JAMES INSTITUTION; WARDEN, D. Ray James Correctional Facility; HSA ADMINISTRATOR JOHN; and NURSE SUPERVISOR FRIDAY,

    Defendants.

CIVIL ACTION NO.: CV511-037

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 14 day of July, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA